# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.,* JOHN CHUNG,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER CO., d/b/a/ KROGER, KROGER FRESH FARE, KROGER MARKETPLACE, *et al.*,<br><br>Defendants. | CASE NO. 2:20-CV-409 JAM AC<br><br>**ORDER** |

## ORDER

The Relator, John Chung, having filed a Voluntary Dismissal Without Prejudice of this action and the United States and the Plaintiff States having filed their Notices of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is **DISMISSED** without prejudice as to the United States;

2. The seal shall be **LIFTED** upon Relator's Complaint, Relator's Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

Dated: July 28, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE