IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, *et al.*, *ex rel.*, JOHN CHUNG,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE KROGER CO., d/b/a/ KROGER, KROGER FRESH FARE, KROGER MARKETPLACE, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00409-JAM-AC<br><br>**SUPPLEMENTAL ORDER** |
|---|---|

## **SUPPLEMENTAL ORDER**

　　The Relator, John Chung, having filed a Voluntary Dismissal Without Prejudice of this action as to the named Plaintiff States (Dkt. No. 15), and the named Plaintiff States having filed their Notices of Consent to Dismissal (Dkt. No. 16), the Court rules as follows:

　　IT IS ORDERED that, this action is DISMISSED without prejudice as to the named Plaintiff States.

Dated: August 28, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE